9 A.3d 580

IN THE MATTER OF LEONARD W. KINGSLEY, AN ATTORNEY AT LAW (ATTORNEY NO. 046992006).

January 5, 2011.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 10–056, concluding that **LEONARD W. KINGSLEY** of **COLLINGSWOOD,** who was admitted to the bar of this State in 2006, should be censured for violating *RPC* 5.5(a)(1) (unauthorized practice of law) and *RPC* 5.5(a)(2) (assisting another in the unauthorized practice of law);

And **LEONARD W. KINGSLEY** having been ordered to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **LEONARD W. KINGSLEY** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.